THOMPSON v. JONES et ux.

APPEAL from the *Dearborn* Circuit Court.

*Per Curiam.*—In reference to amendments permitted to the complaint, during the progress of the trial, the facts in this case bring it within that of *Niles* v. *Vanhorn*, 17 Ind. 245.

The judgment is reversed with costs. Cause remanded.

*Walter March*, for the appellant.

*Thos. J. Sample*, for the appellees.